```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 04279
   ABEBE ALGA GEMEDA
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
        Debtor
  SSN XXX-XX-8943
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/12/07 and confirmed on 05/10/07.

    2.  The case was converted to Chapter 7 after confirmation, 12/16/2008.

    3.  The Debtor paid a total of $ 36321.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OCWEN LOAN SVCG | CURRENT MORTG | 28223.72 | .00 | 28223.72 |
| AMERICAS SERVICING CO | SECURED | 5663.88 | .00 | 5663.88 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 12937.59 | 242.35 | 610.24 |
| CAPITAL ONE BANK | UNSECURED | 983.01 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 922.44 | .00 | .00 |
| DEBT CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FJR ASSET MGMT | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NES/SIC | UNSECURED | NOT FILED | .00 | .00 |
| NES/SIC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 835.88 | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF ELGIN | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 686.67 | .00 | .00 |
| NICOR GAS | UNSECURED | 2430.36 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | 23433.77 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 8551.36 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 4778.54 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS STUDENT ASSIST | UNSECURED | 19362.26 | .00 | .00 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 78810.32 | .00 | 29999.16 | .00 | 108809.48 |
| PRINCIPAL PAID | 34497.84 | .00 | .00 | .00 | 34497.84 |

```
INTEREST PAID              242.35         .00          .00          .00        242.35
TOTAL PAID               34740.19         .00          .00          .00      34740.19
```

The Debtor's attorney, JOSEPH P DOYLE                     , was allowed $   3000.00
and was paid $     686.00   direct and $         .00   through the plan.

The Trustee received $    1580.81 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/18/09                    /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE